*Thomas S. Mell*, for plaintiffs in error.
*Robert S. Howard* and *Henry C. Tuck*, contra.

---

ATLANTA, KNOXVILLE & NORTHERN RY. CO. *v.* McHAN.

This case is controlled by the decision this day rendered in *Atlanta, Knoxville & Northern Railway Co.* v. *McHan*, 110 *Ga*. 543.

*Judgment reversed. All the Justices concurring.*

Argued March 14.—Decided April 10, 1900.

Action for the use and occupation of land.    Before Judge Gober.    Pickens superior court.    April term, 1899.

*Alexander & Victor Smith* and *J. W. Henley*, for plaintiff in error.    *W. T. Day* and *C. D. Phillips*, contra.